Disposition of Petitions for Discretionary Review Under G.S. 7A-31

## BROWN v. ALLENTON REALTY

No. 227P88.

Case below: 89 N.C. App. 356.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 30 June 1988.

## COCHRAN v. KELLER

No. 200P88.

Case below: 89 N.C. App. 496.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 June 1988.

## DELK v. HILL

No. 170P88.

Case below: 89 N.C. App. 83.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 30 June 1988.

## EVANS v. WILLIAMS

No. 176P88.

Case below: 89 N.C. App. 356.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 30 June 1988.

## EVANS TREE v. DUCKWORTH

No. 224P88.

Case below: 89 N.C. App. 723.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 30 June 1988.